# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143824(84)

STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRANDON McQUEEN and MATTHEW
TAYLOR, d/b/a COMPASSIONATE
APOTHECARY, LLC,
        Defendants-Appellants.

_____

SC: 143824
COA: 301951
Isabella CC: 2010-008488-CZ

On order of the Chief Justice, the motion by the Attorney general for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2012

_____
Clerk